# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2007

132088

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DON SOBIESKI,
          Plaintiff-Appellant,

v

SC: 132088
COA: 268366
Oakland CC: 05-063900-CD

TAKATA SEAT BELTS, INC., and RENE
YEUTTER,
          Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the August 8, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2007

_____
Clerk

t0104